UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

                                    Docket No.: 09-00715-001

V.                      : **AMENDMENT OF BAIL CONDITIONS**

                                :

ABDUL CHERRY,

                                :

                                :

The Court having considered the application by Cathy L. Waldor, Esq. attorney for defendant Abdul Cherry, in consent with Michael Robertson, United States Attorney and William Sobchik, Pretrial Services Officer, for good cause shown:

It is on this 31 day of March, 2010;

ORDERED that Mr. Cherry be released on the following conditions of bail:

1. Mr. Cherry is hereby released pursuant to $100,000.00 bond which shall be partially satisfied by the posting of a residence located at 82 13th Avenue, Newark, New Jersey and owned by Wilbert Scott Durham. The local rule requiring twice the equity shall be waived.

2. The defendant's mother, Katherine Cherry, shall agree to act as third party custodian.

3. Defendant to reside at an address approved by Pretrial Services.

4. HOME INCARCERATION - The defendant will be placed on electronic monitoring/home incarceration and will remain at the residence at all times, except for court appearances, attorney consultations, medical emergencies and other instances approved by Pretrial Services. Defendant shall pay all or part of the cost of electronic monitoring based on his ability to pay as determined by the Court and Pretrial Services.

1

5. Defendant shall be subject to drug testing and treatment as deemed appropriate by Pretrial Services.

William H. Walls
United States District Judge

Consented as to form and substance:

Michael Robertson, AUSA
Counsel for the United States

2