PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Abdul Cherry                                        Docket No 09-715

### Petition for Action on Conditions of Pretrial Release

COMES NOW **William Sobchik** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Abdul Cherry** who on August 11, 2009 was placed under pretrial release supervision by the **Honorable Madeline Cox-Arleo, United States Magistrate Judge sitting in the Court at 50 Walnut Street Newark, New Jersey** under the following conditions:

$100,000 appearance bond partially secured by property.
1. Supervision by Pretrial Services.
2. The defendants mother, Katherine Cherry, shall act as third party custodian.
3. The defendant will maintain his residence at 1223 Broadway Hillside, New Jersey.
4. Home Incarceration with electronic monitoring.
5. Drug testing and treatment as deemed appropriate by Pretrial Services.

On September 29, 2009 the defendant appeared before the Honorable William H. Walls and entered a guilty plea to one count of Possession With Intent To Distribute Heroin. Sentencing is pending without a date.

On August 24, 2010 the Court modified the defendant's conditions of release removing the condition of home incarceration with electronic monitoring.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER: **A bail review hearing be scheduled.**

ORDER OF COURT

Considered and ordered this ___ day of _____, 2010 and ordered filed and made a part of the records in the above case.

_____
Honorable William H. Walls
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/30/10

_____
William Sobchik
U.S. Pretrial Services Officer

## ADDENDUM TO PETITION FOR ACTION ON
## CONDITIONS OF PRETRIAL RELEASE

On November 17, 2010 the defendant was arrested by the New Jersey Division Of Criminal Justice on charges of Possession With Intent To Distribute Controlled Dangerous Substance and Possession of Controlled Dangerous Substance within 1000 Feet of a School Zone. It is alleged that the defendant sold 100 glassine envelopes containing heroin. Bail was set at $50,000 with a 10%cash alternative. On November 22, 2010 the defendant posted bail and was released.

The Government has been advised of the above listed information and concurs with the recommendation for a bail review hearing.