UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable William H. Walls |
| V. | Docket No.: 09-00715-001 |
| ABDUL CHERRY, *et al* | **ORDER MODIFYING BAIL CONDITIONS** |

The Court having considered the application by Cathy L. Waldor, Esq. attorney for defendant Abdul Cherry, with the consent of Michael Robertson, Assistant U.S. Attorney, counsel for the United States, and for good cause shown:

It is on this day of June 8, 2011;

ORDERED that the following modifications be added to the current bail order:

1. That Mr. Cherry's electric monitoring bracelet be removed.

It is FURTHER ORDERED that all conditions of release shall, and the same hereby, remain in full force and effect until further order of the Court.

_____
Honorable William H. Walls
United States District Judge

Consented to as to form and substance:

_____
Cathy L. Waldor, Esq.
Counsel for defendant Abdul Cherry

_____
Michael Robertson, AUSA
Counsel for the United States